**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 395 MAL 2018

Respondent

v.

LAMAR CALDWELL,

Petitioner

:
:
:    Petition for Allowance of Appeal from
:    the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.